IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS EUGENE NORWICK, JR.,<br><br>Defendant. | CR 23-82-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion with Intent to Change Plea (Doc. 45) on July 23, 2024,

IT IS HEREBY ORDERED that the trial set for August 26, 2024 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Wednesday, August 14, 2024 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between July 23, 2024 and August 14, 2024 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

IT IS FURTHER ORDERED that the Plea Agreement shall be filed with the Court on or before **August 12, 2024**.

DATED this 24th day of July, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge